DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT CASTRO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2027

[November 16, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Heisey, Judge; L.T. Case No. 561998CF002951A.

Robert Castro, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***